IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: Delores Karen Johnson | § | CASE NO: 10-34164-H4-13 |
| | § | ENTERED 07/29/2013 |
| | § | |
| DEBTOR(S) | § | |
| | § | CHAPTER 13 |

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$100.00** owed to **HARRIS COUNTY TAX ASSESOR -COL** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the 29th day of July 2013.

_____
DEPUTY CLERK

70

## EXHIBIT "A"

| | | |
|---|---|---|
| IN RE: Delores Karen Johnson | § § § | CASE NO: 10-34164-H4-13 |
| DEBTOR(S) | § § | CHAPTER 13 |

### UNCLAIMED FUNDS

| NAME & ADDRESS: | CLAIM NO: | AMOUNT |
|---|---|---|
| HARRIS COUNTY TAX ASSESOR -COL PO BOX 4622 HOUSTON, TX 77210 | 6 | $100.00 |
| TOTAL FOR UNCLAIMED FUNDS | | $100.00 |