IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: Delores Karen Johnson | § § § § § | CASE NO: 10-34164-H4-13 |
| DEBTOR(S) | | CHAPTER 13 |

ENTERED
07/29/2013

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry pursuant to 11 U.S.C. § 347 (a), and it is therefore

**ORDERED** that David G. Peake, the Chapter 13 Standing Trustee is authorized to deposit all unclaimed funds, now held by him, in this case in the amount **$3,468.52** owed to **AFFORDABLE CARS & TRUCKS** into the Registry of the Court pursuant to 11 U.S.C. § 347 (a).

SIGNED this the 29th day of July 2013.

_____
DEPUTY CLERK

## EXHIBIT "A"

IN RE: Delores Karen Johnson § CASE NO: 10-34164-H4-13
§
§
§
DEBTOR(S) § CHAPTER 13

---

### UNCLAIMED FUNDS

---

| NAME & ADDRESS: | CLAIM NO: | AMOUNT |
|---|---|---|
| **AFFORDABLE CARS & TRUCKS**<br>**17000 N DALLAS PKWY #104**<br>**DALLAS, TX 75248** | 7 | $3,468.52 |
| **TOTAL FOR UNCLAIMED FUNDS** | | $3,468.52 |